COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 


 
 
  
 GARY C. EVANS,
  
                             Appellant,
  
 v.
  
 THE FROST NATIONAL BANK & COREY VAN
 TREASE,
  
                            
 Appellees.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00204-CV
  
 Appeal from the
  
 162nd
 District Court
  
 of
 Dallas County, Texas
  
 (TC# 09-15818)
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s
motion to dismiss this appeal pursuant to Tex.
R. App.P. 42.1(a)(1).  Because
Appellant no longer desires to prosecute the appeal, we grant the motion and
dismiss the appeal.  Costs are assessed
against Appellant.  See Tex.R.App.P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

November 28, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.